MINUTE ENTRY
VAN MEERVELD
May 20, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NADIA COX,  *Plaintiff* | * * * | CIVIL ACTION NO.   20-2262 |
| VERSUS | * * | SECTION:   "H" (1) |
| PHILLIPS 66 COMPANY,  *Defendant* | * * * * | JUDGE JANE TRICHE MILAZZO  MAGISTRATE JUDGE JANIS VAN MEERVELD |

A settlement conference was held via video conference on Wednesday, May 19, 2021.

PRESENT FOR:

*Plaintiff:*   Charles Steigler, Nadia Cox

*Defendant:*   Scott Huffstetler, Ann Jason

Negotiations were successful and resulted in the settlement of all claims. The material terms of the confidential settlement were memorialized on the record, and shall remain under SEAL unless otherwise ordered by the Court. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 03:45